UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

FILED
OCT 23 2002
DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. N. CAROLINA

PETER M. WENDT,
Plaintiff

JUDGMENT IN A CIVIL ACTION

v.

Case No. 4:02-CV-135-H4

CIV OB # 69, P-146

DARLENE LEONARD, individual,
RALPH THOMAS, JR., individually,
JOHN DOES, individually,
SEATOW SERVICES OF CARTERET
COUNTY, INC., and JARRETT BAY
BOAT WORKS, INC.,
   Defendants

_____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the court declines to exercise jurisdiction over this case, and orders that it be dismissed.

SO ORDERED - s/Malcolm J. Howard, United States District Judge
**The above Judgment filed and entered on October 23, 2002 and copies mailed to:**

| | | |
|---|---|---|
| Peter M. Wendt, Pro Se<br>P.O. Box 924<br>Beaufort, NC 28516 | Claud R. Wheatly, III<br>Attorney at Law<br>P.O. Drawer 360<br>Beaufort, NC 28516 | Robert C. Dodge<br>Attorney at Law<br>P.O. Box 1062<br>Beaufort, NC 28516-0630 |
| David J. Adinolfi, II<br>William McBlief<br>Attorneys at Law<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | Janet M. Lyles<br>Attorney at Law<br>P.O. Box 819<br>Beaufort, NC 28516 | |

October 23, 2002
Date

DAVID W. DANIEL
Clerk

(By) Deputy Clerk

SCANNED